

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE<br>NATALIE TAO<br>　DEBTOR | BANKRUPTCY NO.  19-18681 |
| MDCVA PROPERTIES, LLC<br>　MOVANT | |
| VS. | CHAPTER 13 |
| NATALIE TAO<br>ROBERT S. THOMAS, II, TRUSTEE<br>　RESPONDENT(S) | |

### ORDER GRANTING MOTION FOR RELIEF FROM STAY AS TO 1155 WASHINGTON BLVD, BALTIMORE MD 21230

Upon review of MDCVA Properties, LLC's Motion for Relief (docket #19), the response filed by the Debtor (docket #21) and a hearing having been held on September 16, 2019, it is hereby **ORDERED** that the Motion be **GRANTED**.

It is further **ORDERED** for the reasons stated in open court that the stay imposed by 11 U.S.C. §362 was never and is not currently in place as to the real property known as 1155 Washington Blvd., Baltimore, MD 21230. MDCVA Properties, LLC is not prohibited from

pursuing a state court tax sale foreclosure action on 1155 Washington Blvd., Baltimore MD 21230 as a result of this bankruptcy case.

**End of Order**

Case 19-18681   Doc 26   Filed 09/30/19   Page 2 of 2