In the United States Bankruptcy Court District of Maryland

Baltimore Division

In :                                    *         19-18681

Natalie Tao                             *

Debtor                                  *         Chapter 13

                                        *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Debtor Motion for Judicial Assistance to remove

Attorneys' Sari Kurland and Gerald Solomon to

Withdraw Appearances from case 19-18681

I (Natalie Tao) went into retainer contract with Attorneys' Sari Kurland and Gerald Solomon for representation as special counsel for FNA DZ LLC. Not full council for just the Motion to Lift Stay response and hearing on October 29th 2020, at 2:00 pm in front of Judge David Rice.

Retainer attached

Proof of $5000.00 retainer paid

See attorney paragraph with scope highlight.

Billing from Gerald Solomon closing out bill in full $2500.00 Twenty-five hundred dollars

Balance from retainer is $2500,00 Twenty-five hundred dollars

Notices filed with the court

Attorneys' Sari Kurland and Gerald Solomon have a misunderstanding that attorney representation continues outside of the contracted time frame without debtor consent, currently my benefactor is requesting the balance due per the email fro **Attorneys' Sari Kurland and Gerald Solomon** they are holding my benefactors' balance until new counsel enters. It is clear in the rules a debtor is not required to have representation in a chapter 13, therefore we are not required to be held accountable by private council.

It is urgent for Attorneys' Sari Kurland and Gerald Solomon appearances to be removed in order to prevent motions and Actions occurring after the retainer period or future motions from being blocked due to technicality which prevents debtor from exercising applicable actions and rights under Pro Se'.

Attorneys' Sari Kurland and Gerald Solomon have been fully compensated for the legal services.

Attorneys' Sari Kurland and Gerald Solomon have returned $900.00 and $500.00 electronically the I forwarded monies to benefactor. However, balance currently due is Eleven Hundred dollars $1100.00 for the refund. Per the contract retainer I am now Pro'se as of 10/29/2020 close of hearing.

Natalie Tao

875 N Howard street

Baltimore Maryland 21201

4437221929

Certificate of service Attached

[Stamp: BALTIMORE NIGHT BOX  2020 NOV 13 PM 10:03  U.S. BANKRUPTCY COURT DISTRICT OF MARYLAND]

In the United States Bankruptcy Court District of Maryland

Baltimore Division

| | | |
|---|---|---|
| In : | * | 19-18681 |
| Natalie Tao | * | |
| Debtor | * | Chapter 13 |
| | * | |

*********************************************************************

The Honorable Judge David Rice grants the Order **Debtor Motion for Judicial Assistance to remove Attorneys' Sari Kurland and Gerald Solomon to Withdraw Appearances from case 19-18681**

for Debtors request for **Attorneys' Sari Kurland and Gerald Solomon to Withdraw Appearances from case 19-18681 effective 10/29/2020 upon conclusion of 2pm hearing per retainer**

_____

**Judge David Rice**                 **Date**